IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:14-CR-140 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **ZACHARY ADAM KNIGHT** | : | |

## ORDER

The court permitted the parties additional time following the entry of Judgment to attempt to resolve restitution in this case. See Docs. 81, 86, 88, 90. The Government filed a Status Report advising the court of the parties' efforts. Accordingly, as agreed by the parties, it is hereby ORDERED that:

1) Restitution is ordered in the amount of $18,025, consisting of $8,995 due and payable immediately and $9,030 payable in quarterly installments of $105 beginning retroactively from January 2016 and ending July 2037;

2) If the therapy for which those payments are intended ceases, the victims shall notify the U.S. Attorney's Office so an amended restitution order may be sought.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania